AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Wiese, John P. | **2. Court or Organization**<br><br>U.S. Court of Federal Claims | **3. Date of Report**<br><br>4/27/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial     ☑ Annual     ☐ Final<br>**5b.** ☐    Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, NW
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 4/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 4/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS: | | | | | | | | | |
| 2. Wells Fargo Bank, Portland, OR | | | | | | | | | |
| 3. --Money Market Accounts | A | Interest | N | T | | | | | |
| 4. Cardinal Bank, Arlington, VA | | | | | | | | | |
| 5. --Certificate of Deposit | A | Interest | L | T | | | | | |
| 6. | | | | | | | | | |
| 7. UNITED STATES TREASURY: | | | | | | | | | |
| 8. --Series I Bonds | A | Interest | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. COMMON STOCK: | | | | | | | | | |
| 11. WGL Holdings, Inc. | A | Dividend | J | T | | | | | |
| 12. NiSource, Inc. Holding Co. | A | Dividend | J | T | | | | | |
| 13. Duke Realty Corp. | A | Dividend | J | T | | | | | |
| 14. Gladstone Commercial Corp. | A | Dividend | J | T | | | | | |
| 15. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 16. RLI Corp. | A | Dividend | J | T | | | | | |
| 17. Canadian National Ry Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 4/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 19. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 20. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 21. Gladstone Investment Corp. | A | Dividend | J | T | | | | | |
| 22. Berkshire Hathaway Holdings | | None | L | T | | | | | |
| 23. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 24. Baker Hughes, Inc. | A | Dividend | J | T | | | | | |
| 25. Blackrock Enhanced Equity ( Blackrock Div.Achievers) | A | Dividend | J | T | | | | | |
| 26. Hospitality Properties Trust | A | Dividend | J | T | | | | | |
| 27. Dominion Resources, Inc. | A | Dividend | K | T | | | | | |
| 28. Bank of America | A | Dividend | J | T | | | | | |
| 29. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 30. CSX Corporation | A | Dividend | J | T | | | | | |
| 31. General Electric Co. | A | Dividend | J | T | | | | | |
| 32. Baxter International, Inc. | A | Dividend | J | T | | | | | |
| 33. Baxalta, Inc | A | Dividend | J | T | Spinoff (from line 32) | 07/01/15 | J | | |
| 34. AbbVie,Inc.(x) | A | Dividend | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 4/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PREFERRED STOCK: | | | | | | | | | |
| 36. Bank of America, Pfd-G | A | Dividend | J | T | | | | | |
| 37. Aegon NV, Pfd-D | A | Dividend | J | T | | | | | |
| 38. RBS Holdings, Pfd-Series V | A | Dividend | J | T | | | | | |
| 39. Goldman Sachs, Pfd-Series A | A | Dividend | J | T | | | | | |
| 40. Bank of America Pfd-L | A | Dividend | J | T | | | | | |
| 41. Washington Gas Light, 4.25 Series | A | Dividend | J | T | | | | | |
| 42. Wells Fargo & Co., Series N | A | Dividend | J | T | | | | | |
| 43. Capital One Financial C Series Pfd | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. MUTUAL FUNDS: | | | | | | | | | |
| 46. Vanguard Funds - | | | | | | | | | |
| 47. --Money Market Funds (Prime) | A | Dividend | N | T | | | | | |
| 48. --Wellington Fund | D | Dividend | M | T | | | | | |
| 49. --Index Fund - FTSE All-World ex US | A | Dividend | J | T | | | | | |
| 50. --Global Equity Fund | A | Dividend | K | T | | | | | |
| 51. --Inflation - Protected Securities Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 4/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --GNMA Fund | B | Dividend | L | T | | | | | |
| 53. --Short-Term Investment-Grade | B | Dividend | L | T | | | | | |
| 54. Columbia Acorn Fund Z | D | Dividend | M | T | | | | | |
| 55. Columbia Acorn USA Z | B | Dividend | L | T | | | | | |
| 56. Columbia Acorn Int'l Z | A | Dividend | L | T | | | | | |
| 57. Dodge & Cox Stock Fund | C | Dividend | M | T | | | | | |
| 58. Dodge & Cox Balanced Fund | A | Dividend | L | T | | | | | |
| 59. Harbor Int'l Fund | A | Dividend | L | T | | | | | |
| 60. Longleaf Partners Fund | A | Dividend | | | Sold | 04/27/15 | L | C | |
| 61. Third Avenue Focused Credit Fund | A | Dividend | | | Sold | 04/27/15 | J | A | |
| 62. Vanguard - Small Cap Index | A | Dividend | K | T | | | | | |
| 63. Vanguard Emerging Markets Stock Index (x) | B | Dividend | K | T | | | | | See Note in Part VIII |
| 64. Vanguard Extended Market Index (x) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 65. Vanguard Intermediate-term Investment Grade (x) | B | Dividend | J | T | | | | | See Note in Part VIII |
| 66. | | | | | | | | | |
| 67. IRA No. 1: | | | | | | | | | |
| 68. Vanguard Mutual Funds- | D | Dividend | N | T | Distributed (part) | 11/30/15 | K | | See note in Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 4/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Capital Opportunity Fund | D | Dividend | K | T | | | | | |
| 70. --Windsor II Fund | B | Dividend | K | T | | | | | |
| 71. --Extended Market Index | A | Dividend | K | T | | | | | |
| 72. --Money Market Fund (Prime) | A | Dividend | K | T | | | | | |
| 73. --Intermediate-Term Investment-Grade | A | Dividend | L | T | | | | | |
| 74. --Total Bond Market Index | A | Dividend | L | T | | | | | |
| 75. Vanguard Brokerage- | | | | | | | | | |
| 76. Common Stock: | | | | | | | | | |
| 77. --Compass Diversified Holdings | A | Dividend | J | T | | | | | |
| 78. --Cedar Realty Trust | A | Dividend | J | T | | | | | |
| 79. | | | | | | | | | |
| 80. IRA No. 2: | | | | | | | | | |
| 81. Vanguard Mutual Funds- | | None | | | Merged (with line 67) | 03/31/15 | M | | See note in Part VIII. |
| 82. | | | | | | | | | |
| 83. COLLEGE SAVINGS PLANS | | | | | | | | | |
| 84. Virginia 529 Plan - Rappahannock | A | Dividend | J | T | Buy | 11/30/15 | J | | |
| 85. Virginia 529 Plan - Alleghany | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 4/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 34 - The common stock listed on Line 34, AbbVie, Inc., is a 2013 corporate spin-off from Abbot Laboratories (reported on Line 29) that was mistakenly omitted from the 2014 Financial Disclosure Report. Value code "J" applies to this transaction.

Lines 63,64,and 65 listing,respectively, Vanguard Emerging Markets Index Fund, Vanguard Extended Market Index Fund, and Vanguard Intermediate-term Investment-Grade Fund identify three mutual funds mistakenly omitted from previously filed Financial Disclosure Reports.

Lines 67-78 listing "IRA No. 1" and its constituent investments, report all of my aggregate holdings as of December 31, 2015, including the assets (and related income) received from IRA No 2 ( lines 80-81) - a spousal IRA that was transferred to me as the designated beneficiary. Additionally, the partial distribution shown on Line 68 under Section D ("Transactions during reporting period") refers to the mandatory minimum annual draw-down that is required upon the account owner attaining the age of 70 and one-half years.

Lines 80-81 listing IRA No. 2, identifies a spousal IRA that terminated on February 16, 2015, the owner's date of passing. The assets were transferred to IRA No. 1 on March 15, 2015 and are reported there (Lines 67-78) on a consolidated basis. Except as to differences in their respective market values, the mutual fund investments transferred from IRA No. 2 parallel the mutual fund investments of IRA No.1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John P. Wiese**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544